IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA HUCKABAA,           ) | |
| )| |
| Plaintiff,           ) | |
| ) | |
| v.           ) | CASE NO. 1:13-cv-753-TFM |
| ) | [wo] |
| CAROLYN W. COLVIN,           ) | |
| Acting Commissioner of Social Security  ) | |
| ) | |
| Defendant.           ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff Patricia Huckabaa and this case is DISMISSED without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 20th day of March, 2015.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE